# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

07  0414  SI

NINA L. DONEHUE

DEFENDANT.

# INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Forfeiture

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/28/2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. § 666(a)(1)(A)- Embezzling Funds From Federally-Funded Govt. Org'n; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

### DEFENDANT - U.S.

▶ NINA L. DONEHUE

DISTRICT COURT NUMBER: **CR 07 0414 SI**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ approximately 6/20/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5  E-filing
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION

**CR 07 0414 SI**

12  UNITED STATES OF AMERICA,        )   No.
                                     )
13       Plaintiff,                  )   VIOLATIONS: (1) 18 U.S.C.
                                     )   § 666(a)(1)(A) - Embezzling Funds From
14  v.                               )   Federally-Funded Government Agency;
                                     )   (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.
15                                   )   § 2461(c) - Forfeiture
    NINA L. DONEHUE                  )
16                                   )
         Defendant.                  )   SAN FRANCISCO VENUE
17  _____    )
18
19                    SUPERSEDING INDICTMENT
20  The Grand Jury charges:
21  COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded
                  Government Agency
22
23       1.   At all times material to this Indictment, the Northridge Cooperative Homes, Inc.
24  ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was
25  located in the Northern District of California.
26       2.   In calendar year 2006, the Northridge received in excess of $10,000 in benefits and
27  assistance from the United States government.
28       3.   During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

INDICTMENT

1  Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2      4.    Between January 20, 2006 to February 6, 2006, in the Northern District of
3  California, the defendant,

4  NINA L. DONEHUE,

5  knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000
6  belonging to and in the care, custody, and control of the Northridge, in violation of Title 18,
7  United States Code, Section 666(a)(1)(A).

8  FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

9      Upon conviction of the offense alleged in Count One, the defendant,

10  NINA L. DONEHUE,

11  shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
12  any property constituting or derived from proceeds obtained directly or indirectly as a result of
13  the said violation, including but not limited to the following:

14      1.    MONEY JUDGMENT

15  A sum of money equal to $34,983.13 in United States currency, representing the amount
16  of proceeds obtained as a result of the offense, embezzlement of funds from a federally-funded
17  government agency, in violation of 18 U.S.C. § 666(a)(1)(A).

18      2.    CONVEYANCE

19  A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066,
20  which was purchased from the proceeds of the said offense.

21  DATED: June 28, 2007                      A TRUE BILL.

22
23                                                    FOREPERSON

24  SCOTT N. SCHOOLS
    United States Attorney
25
26  
    IOANA PETROU
27  Chief, Major Crimes Section

28  (Approved as to form: _____)
                             AUSA Erika R. Frick

INDICTMENT