1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUG SPRAGUE  (CABN 202121)
   Chief, Criminal Division
4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,      )   No. CR 07-0414 SI
                                  )
15      Plaintiff,                )   **NOTICE OF CHANGE OF**
                                  )   **COUNSEL**
16      v.                        )
                                  )
17 NINA L. DONEHUE,               )
                                  )
18      Defendant.                )
                                  )
19

20     The United States Attorney's Office hereby files this Notice of Change of Counsel

21 to advise the court that the assigned Assistant United States Attorney ("AUSA") for this

22 case is Erika Frick.  Future ECF notices should be sent to AUSA Frick only at the

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Case # CR 07-0414 SI
NOTICE OF CHANGE OF COUNSEL

1  email address of erika.frick@usdoj.gov.  AUSA Ioana Petrou should be removed from the
2  list of persons to be noticed.

4  DATED: June 29, 2007            Respectfully submitted,

5                                  SCOTT N. SCHOOLS
                                   United States Attorney

7                                           /S/
                                   _____
8                                  ERIKA R. FRICK
                                   Assistant United States Attorney

Case # CR 07-0414 SI
NOTICE OF CHANGE OF COUNSEL