IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>DONEHUE,<br><br>        Defendant.<br>_____ / | No. C 07-00380SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the Court is closing/terminating case number CR-07-0414 SI. The superceding indictment shall be filed in CR-07-0380 SI.

Dated: July 10, 2007

RICHARD W. WIEKING, Clerk

*/s/ Tracy Sutton*

Tracy Sutton
Deputy Clerk