*United States Attorney*
*Northern District of California*

---

11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

(415) 436-7200

FAX:(415) 436-7234

July 5, 2007

Richard W. Wieking, Deputy Clerk
Clerk's Office
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

### Re: United States v. Donehue, CR 07-0380 SI

Dear Mr. Wieking:

On June 14, 2007, the grand jury returned an indictment in U.S. v. Donehue, CR 07-0380 SI. On June 28, 2007, the grand jury returned a superseding indictment in the same case. However, the superseding indictment was assigned another case number, CR 07-0414 SI.

At the request of the Clerk's Office, I am submitting this letter requesting that the superseding indictment be filed under the original docket number, i.e., CR 07-0380 SI, and that the second docket number, CR 07-0414, be removed from this case.

Please let me know if any further information is required. You can reach me at (415) 436-6973.

Sincerely,

Erika R. Frick
Assistant U.S. Attorney